# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RIAD A. ABDELSHAHID, ) | Case No. 12-4366 GAF (AJW) |
| Plaintiff, ) | |
| v. ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, ) | |
| Defendant. ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections were filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: November 27, 2012

_____
GARY A. FEESS
United States District Judge