UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RIAD A. ABDELSHAHID,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>       Defendant. | No. CV 12-04366 GAF (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed for lack of subject matter jurisdiction.

DATED: November 27, 2012

_____
GARY A. FEESS
United States District Judge