```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                        CENTRAL DISTRICT OF CALIFORNIA
10                               WESTERN DIVISION
```

| | | |
|---|---|---|
| RIAD A. ABDELSHAHID, | ) | |
| Plaintiff, | ) | No. CV 12-04366 GAF (AJW) |
| v. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | J U D G M E N T |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed for lack of subject matter jurisdiction.

DATED: November 27, 2012

*/s/ Gary Feess/*

_____
GARY A. FEESS
United States District Judge